IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:08-CR-31-BO-1

| NORALDIN ABDULWAHAB, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | O R D E R |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the Court on Petitioner Noraldin Abdulwahab's Motion for Early Termination of Supervised Release. 18 U.S.C. § 3583(e)(1) allows the Court to "terminate a term of supervised release and discharge the defendant" after the defendant has served one year of supervised release provided that certain conditions are met. First, the Court must consider many of the factors set forth in 18 U.S.C. § 3553. Second, the Court may terminate supervised release only "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1); *United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999) ("The conjugation 'and' used in the statute ... clearly indicates that a district court must conclude that the early termination of supervised release is warranted both by the individual's conduct and also by the interest of justice.").

Here, Petitioner's Motion merely argues that the Court has the authority to terminate his supervised release. Petitioner offers no reason to believe that the § 3553 factors favor termination, that Petitioner's conduct warrants termination, or that termination of supervised

release is in the interests of justice. Therefore, Petitioner's Motion is DENIED.

SO ORDERED, this __6__ day of August, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE